**The PITTSBURGH AND WEST VIRGINIA RAILWAY COMPANY, Appellant, v. Michael WALASIK, Appellee.**

No. 8247.

Circuit Court of Appeals, Sixth Circuit.

June 9, 1939.

Kinsey & Allebaugh, of Steubenville, Ohio, for appellant.

Anderson & Lamb, of Youngstown, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

By agreement of the parties this cause, and Cause No. 3637 in the District Court of the United States for the Southern District of Ohio, Eastern Division, from the judgment in which latter cause an appeal has been taken to this court, are hereby settled and dismissed, each party to pay his and its own costs.

■

**Edwin POOLE v. UNITED STATES of America.**

No. 9198.

Circuit Court of Appeals, Ninth Circuit.

June 12, 1939.

William Ferriter and James C. Purcell, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and S. P. Murman, Asst. U. S. Atty., both of San Francisco, Cal.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee to dismiss appeal for failure of appellant to file record and docket cause, and there being no opposition thereto by appellant, ordered motion granted, and appeal dismissed for failure of appellant to prosecute appeal; mandate to issue as provided in Rule 28.

■

**Cecil Calvin ROLFE v. E. B. SWOPE, Warden, United States Penitentiary, McNeil Island, Wash.**

No. 9208.

Circuit Court of Appeals, Ninth Circuit.

June 26, 1939.

No appearance for appellant.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Oliver Malm, Asst. U. S. Atty., of Tacoma, Wash., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellee for dismissal of the appeal herein for failure of appellant to file record and docket cause, and good cause therefor appearing, ordered motion to dismiss granted, that a decree of dismissal be filed and entered accordingly, and the mandate of this court in this cause issued forthwith.